# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

Filer's Name  Law Office Of G. Helena Philips            Atty Name (if applicable): G. Helena Philips

Street Address: 485 W. Washington Blvd.                   CA Bar No. (if applicable): 180665

　　　　　　　　Montebello, CA 90640                        Atty Fax No.

Filers's Telephone No.: (323)727-6718

| In re: | ) | Case No. LA09-36182-ER |
|---|---|---|
| | ) | Chapter 7 |
| Howard Montes De Oca | ) | |
| And | ) | |
| Maria Montes De Oca | ) | |
| 　　　Debtor(s) | ) | |
| | ) | |

## AMENDED SCHEDULES

A filing fee of $26.00 is required to amend any or all of Scheduled "D" through "F". An addendum mailing list is also requires as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?     Yes ___       No  X

Indicate below which schedule(s) is (are) being amended.

A ___   B X   C X   D ___   E ___   F ___   G ___   H ___   I ___   J ___

Statement of Affairs ___        Statement of Intentions ___        Other ___

**NOTE**: IT IS RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITOR LISTED IN THE AMENDED SCHEDULES(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE

We, Howard Montes De Oca and Maria Montes De Oca  the person(s) who subscribed to the foregoing Amended Schedule(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED:  10/22/09

_____
Debtor

_____
Co-Debtor Signature

** FOR COURT USE ONLY**

In re *Howard Montes De Oca and Maria Montes De Oca*, Case No. *LA09-36182-ER*
Debtor(s) (if known)

## SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | None | Description and Location of Property | Husband-H / Wife-W / Joint-J / Community-C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | *Money of Hand*<br>*Location: In debtor's possession* | | $ 100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Bank of America*<br>*Checking Account: XXXX6248*<br>*Balance: $ 200.00*<br><br>*Bank of America*<br>*Savings Account: XXXX9231*<br>*Balance: $22.00*<br><br>*Chase*<br>*Checking Account: XXXX3725*<br>*Balance: $10.00*<br><br>*Chase*<br>*Savings Account: XXXX*<br>*Balance: $60.00*<br><br>*Location: In debtor's possession* | | $ 292.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | *52' Television*<br>*To Be Surrender*<br>*Location: In debtor's possession* | C | $ 5,095.00 |
| | | *Computer*<br>*To be surrender*<br>*Location: In debtor's possession* | C | $ 2,115.00 |

Page 1 of 4

B6B (Official Form 6B) (12/07)

In re **Howard Montes De Oca and Maria Montes De Oca**, Case No. **LA09-36182-ER**
　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Furniture<br>Location: In debtor's possession | | $ 5,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothing, shoes, ect<br>Location: In debtor's possession | | $ 1,000.00 |
| 7. Furs and jewelry. | | Necklaces, Rings, Watch<br>Location: In debtor's possession | | $ 1,000.00 |
| | | Jewelry<br>Necklace and Bracelet<br>To be surrencer<br>Location: In debtor's possession | C | $ 1,100.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name esch issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Retirement Plan<br>Fidelity<br>XXX4059<br>Location: In debtor's possession | | $ 39,018.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

Page __2__ of __4__

B6B (Official Form 6B) (12/07)

In re **Howard Montes De Oca and Maria Montes De Oca**,    Case No. **LA09-36182-ER**
    Debtor(s)    (if known)

## SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H / Wife--W / Joint--J / Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | 1971 Chevy<br>paid in full<br>Location: In debtor's possession | | $ 500.00 |
| | | 2004 Cadillac Escalade<br>Salvage (Paid in Full)<br>Location: In debtor's possession<br>ADD | | $ 8,000.00 |
| | | 2006 Ford F-250<br>To Be Surrender<br>Location: In debtor's possession | | $ 25,895.00 |
| 26. Boats, motors, and accessories. | X | | | |

Page __3__ of __4__

B6B (Official Form 6B) (12/07)

In re **Howard Montes De Oca and Maria Montes De Oca**,  Case No. **LA09-36182-ER**
Debtor(s) (if known)

## SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | | Hand Tools<br>Location: In debtor's possession | | $ 100.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Page  4  of  4  Total → $ 89,215.00

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

In re <u>Howard Montes De Oca and Maria Montes De Oca</u>,   Case No. <u>LA09-36182-ER</u>
         Debtor(s)                                                          (if known)

## SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:   ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)
☐ 11 U.S.C. § 522(b) (2)
☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| Money of Hand | Calif. C.C.P. §703.140(b)(5) | $ 100.00 | $ 100.00 |
| Bank of America Checking Account: XXXX6248 Balance: $ 200.00 | Calif. C.C.P. §703.140(b)(5) | $ 292.00 | $ 292.00 |
| Bank of America Savings Account: XXXX9231 Balance: $22.00 | | | |
| Chase Checking Account: XXXX3725 Balance: $10.00 | | | |
| Chase Savings Account: XXXX Balance: $60.00 | | | |
| Furniture | Calif. C.C.P. §703.140(b)(3) | $ 5,000.00 | $ 5,000.00 |
| Clothing, shoes, ect | Calif. C.C.P. §703.140(b)(3) | $ 1,000.00 | $ 1,000.00 |
| Necklaces, Rings, Watch | Calif. C.C.P. §703.140(b)(4) | $ 1,000.00 | $ 1,000.00 |
| Retirement Plan Fidelity XXX4059 | Calif. C.C.P. §703.140(b)(10)(E) | $ 39,018.00 | $ 39,018.00 |
| 1971 Chevy paid in full | Calif. C.C.P. §703.140(b)(2) | $ 500.00 | $ 500.00 |
| 2004 Cadillac Escalade ADD Salvage (Paid in Full) | Calif. C.C.P. §703.140(b)(2) Calif. C.C.P. §703.140(b)(5) | $ 2,800.00 $ 5,200.00 | $ 8,000.00 |
| Hand Tools | Calif. C.C.P. §703.140(b)(6) | $ 100.00 | $ 100.00 |

Page No. <u>1</u> of <u>1</u>

LAW OFFICES OF G. HELENA PHILIPS
G. Helena Philips (180665)
485 W. Washington Blvd.
Montebello, CA 90640
Tel. (323)727-6718

UNITES STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: ) | Case No. LA09-36182-ER |
| ) | Chapter 7 |
| Howard Montes De Oca ) | |
| and ) | |
| Maria Montes De Oca ) | |
| ) | |
| Debtor (s) ) | |

**Proof Of Service By Mail**

I, Michelle Raya declare that: I am employed in the County of Los Angeles, California. My business address is 485 W. Washington Blvd., Montebello, CA 90640. I am over the age of eighteen years and not a party of this cause. On October 22, 2009, I served a copy of Debtor's amended schedules in said cause by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at Montebello, California addressed as follows:

See Attached Mailing List

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 22, 2009 at Montebello, California

*Michelle Raya*
Michelle Raya

Howard Montes De Oca
1110 Fresno St.
Los Angeles, CA  90023


Maria Montes De Oca
1110 Fresno St.
Los Angeles, CA  90023


G. Helena Philips
485 W. Washington Blvd.
Montebello, CA  90640


Howard M Ehrenberg
SulmeyerKupetz
333 South Hope Street, 35th Floor
Los Angeles, CA  90071


United States Trustee
725 South Figueroa St.
26th Floor
Los Angeles, CA  90017

American Express
P.O. Box 0001
Los Angeles, CA   90096


Capital One
P.O. Box 60024
City of Industry, CA   91716


Citi
P.O. Box 6276
Sioux Falls, SD   57117


Collection Bureau of America
P.O. Box 5013
Hayward, CA   94540


Collection Consultants
C/O Kaiser Permanente
6100 San Fernando Rd. Ste 211
Glendale, CA   91201


Credit One Bank
P.O. Box 60500
City of Industry, CA   91716


Dell Financial Services
P.O. Box 6403
Carol Stream, IL   60197


Direct Merchants Bank
P.O. Box 60136
City of Industry, CA   91716


Dish Network
Dept 0063
Palatine, IL   60055


DSRM National Bank C/O Valero
P.O. Box 300
Amarillo, TX   79105

```
Exon Mobil
P.O. Box 688940
Des Moines, IA   50368


Fidelity Investmenmts
82 Devonshire Street
Boston, MA   02109


Fidelity Investments
82 Devonshire Street
Boston, MA   02109


First Premier Bank
P.O. Box 5147
Sioux Falls, SD   57117


Ford Motor Credit
P.O. Box 542000
Omaha, NE   68154


Franchise Tax Board
Attention: Bankruptcy
P.O. Box 2952
Sacramento, CA   95812-2952


GEMB/Care Credit
P.O. Box 960061
Orlando, FL   32896


GEMB/Gap
P.O. Box 530942
Atlanta, GA   30353


GEMB/Jewelry Express
P.O. Box 960061
Orlando, FL   32896


Household Credit Services
P.O. Box 98706
Las Vegas, NV   89193
```

```
HSBC
P.O. Box 17313
Baltimore, MD   21297


HSBC C/O Orchard Bank Visa
P.O. Box 60102
City of Industry, CA   91716


JC Penny
P.O. Box 960090
Orlando, FL   32896


Law Offices of Alan B. Anaya
9440 Reseda Blvd. #205
Northridge, CA   91324


Los Angeles Federal Cred Union
P.O. Box 60097
City of Industry, CA   91716


Los Angeles Housing Department
C/O NCO Financial System, Inc
P.O. Box 963
Brookfield, WI   53008


Macy's
P.O. Box 6938
The Lakes, NV   88901


Macy's Visa
P.O. Box 689194
Des Moines, IA   50368


Mervyns
P.O. Box 960013
Orlando, FL   32896


Mitsubishi Digital Electronics
P.O. Box 60107
City of Industry, CA   91716
```

```
Ocwen Loan Servicing LLC
P.O. 6440
Carol Stream, IL  60197


Old Navy
P.O. Box 530942
Atlanta, GA  30353


Sears Card
P.O.Box 6937
The Lakes, NV  88901


Target
P.O. Box 59317
Minneapolis, MN  55459


The CBE Group Inc
Dept 0063
Palatine, IL  60055


Time Warner
P.O. Box 60074
City of Industry, CA  91716


U.S. Department Of Education
P.O. Box 530260
Atlanta, GA  30353


Walmart
P.O. Box 530927
Atlanta, GA  30353


Wells Fargo
P.O. Box 98198
Las Vegas, NV  89193
```