B23 (Official Form 23) (12/08)

# United States Bankruptcy Court
## CENTRAL District Of CALIFORNIA

In re Howard Montes De Oca & Maria Montes De Oca

Case No. 09-36182

Chapter 7

Debtor

## DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

[X] I, Howard Montes De Oca , the debtor in the above-styled case, hereby
(Printed Name of Debtor)
certify that on 12/07/2009 (Date), I completed an instructional course in personal financial management
provided by Springboard Nonprofit Consumer Credit Management , an approved personal financial
Inc.    (Name of Provider)
management provider

Certificate No. (if any): 00478-CAC-DE-009241491

[ ] I, _____ , the debtor in the above-styled case, hereby
(Printed Name of Debtor)
certify that no personal financial management course is required because of *[Check the appropriate box.]:*
[ ] Incapacity or disability, as defined in 11 U.S.C. § 109(h);
[ ] Active military duty in a military combat zone; or
[ ] Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor: /S/ Howard Montes De Oca

Date: 12/07/2009

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

Certificate Number: 00478-CAC-DE-009241491

Bankruptcy Case Number: 09-36182

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on December 7, 2009, at 3:30 o'clock PM PST,

Howard Montes De Oca completed a course on personal financial

management given by telephone by

Springboard Nonprofit Consumer Credit Management, Inc.

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning

personal financial management in the Central District of California.


Date: December 7, 2009           By      /s/Susan M Cusack

                                 Name    Susan M Cusack

                                 Title   Operations Manager

B23 (Official Form 23) (12/08)

# United States Bankruptcy Court
## CENTRAL District Of CALIFORNIA

In re Howard Montes De Oca & Maria Montes De Oca, Debtor

Case No. 09-36182

Chapter 7

## DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

[X] I, Maria Montes De Oca, the debtor in the above-styled case, hereby
(Printed Name of Debtor)
certify that on 12/07/2009 (Date), I completed an instructional course in personal financial management provided by Springboard Nonprofit Consumer Credit Management, Inc. (Name of Provider), an approved personal financial management provider.

Certificate No. (if any): 00478-CAC-DE-009241495

[ ] I, _____, the debtor in the above-styled case, hereby
(Printed Name of Debtor)
certify that no personal financial management course is required because of *[Check the appropriate box.]*:
   [ ] Incapacity or disability, as defined in 11 U.S.C. § 109(h);
   [ ] Active military duty in a military combat zone; or
   [ ] Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor: /S/ Maria Montes De Oca

Date: 12/07/2009

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

Certificate Number: 00478-CAC-DE-009241495

Bankruptcy Case Number: 09-36182

## CERTIFICATE OF DEBTOR EDUCATION

I certify that on December 7, 2009, at 3:30 o'clock PM PST,

Maria Montes De Oca completed a course on personal financial

management given by telephone by

Springboard Nonprofit Consumer Credit Management, Inc.

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning

personal financial management in the Central District of California.

Date: December 7, 2009    By    /s/Susan M Cusack

                                           Name    Susan M Cusack

                                           Title    Operations Manager

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| The Law Offices of C. Helena Philips<br>485 W. Washington Blvd.<br>Montebello, CA 90640<br>(323) 727-6718    (323) 890-0837    180665<br>☒ *Attorney for:* Howard Montes De Oca and Maria Montes De Oca | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: Howard Montes De Oca<br>and<br>Maria Montes De Oca | CASE NO.: LA09-36182-ER |
|---|---|
| | CHAPTER: 7 |
| Debtor(s). | ADV. NO.: |

### ELECTRONIC FILING DECLARATION
(INDIVIDUAL)

☐ Petition, statement of affairs, schedules or lists        Date Filed: _____
☐ Amendments to the petition, statement of affairs, schedules or lists    Date Filed: _____
☒ Other: **Financial Management Course**        Date Filed: **12/07/09**

### PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney.

_____    Date  **12/07/09**
Signature of Signing Party
Howard Montes De Oca
*Printed Name of Signing Party*

_____    Date  **12/07/09**
Signature of Joint Debtor (if applicable)
Maria Montes De Oca
*Printed Name of Joint Debtor (if applicable)*

### PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Declaration of Debtor(s) or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement of Social Security Number(s)* (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social Security Number(s)* (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social Security Number(s)* (Form B21) available for review upon request of the Court.

_____    Date  **12/07/09**
Signature of Attorney for Signing Party
C. Helena Philips
*Printed Name of Attorney for Signing Party*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*November 2006*