**LAW OFFICES OF LES ZIEVE**
**LES ZIEVE, ESQ.**
**Ca. Bar #123319**
**18377 Beach Blvd. Suite 210**
**Huntington Beach, CA 92648**
**(714) 848-7920**

Counsel for Movant

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re, | BK. No. 2:09-bk-36182-ER |
| Howard and Maria De Oca, | CHAPTER 7 |
| Debtor. | **NOTICE OF CHANGED HEARING DATE** |
| | **HEARING:** |
| Deutsche Bank National Trust Company, As Trustee For The Registered Holders Of DSLA Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-AR2, its assignees and/or successors in interest, | Date:  January 19, 2010 |
| Movant, | Time:  10:00 a.m. |
| | Place: Ctrm. 1568 |
| vs. | 255 East Temple Street |
| Howard and Maria De Oca, | Los Angeles, CA |
| Howard M Ehrenberg, | |
| Respondents. | |

**TO DEBTOR, DEBTOR'S ATTORNEY AND OTHER INTERESTED PARTIES:**

**NOTICE IS HEREBY GIVEN** that the hearing on the following matter, to wit:

"MOTION FOR RELIEF FROM THE AUTOMATIC STAY", which was noticed for January 11, 2010 at 10:00 a.m., will be heard instead on January 19, 2010 at 10:00 a.m. before the Honorable Ernest Robles, Bankruptcy Judge, in the above-referenced courtroom.

DATED: January 8, 2010                    /s/ Les Zieve

_____
LES ZIEVE, Counsel for Movant

100-567.CHA/m                                        1

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE:

I, **Julie Simpkins**, certify that I am a resident of Orange County, California. I am over the age of 18 years and am not a party to the within action. My business address is 18377 Beach Blvd., Suite 210, Huntington Beach, California 92648.

On **January 8, 2010**, I served the within **NOTICE OF CHANGED HEARING DATE** on all interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Huntington Beach, California, addressed as follows:

Howard and Maria De Oca
1110 S Fresno Street
Los Angeles, CA 90023

Ghada Helena Philips, Attorney
485 Washington Blvd
Montebello CA 90640

Howard M. Ehrenberg, Trustee
333 South Hope Street, 35th Floor
Los Angeles CA 90071

United States Trustee (LA)
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017

United States Bankruptcy Court
Chambers of Honorable Robles
255 E. Temple Street, Room 940
Los Angeles, CA 90012

I certify under penalty of perjury the foregoing is true and correct.

Executed on **January 8, 2010** at Huntington Beach, California.

_____
**Julie Simpkins**

100000567.POS/ALM