B18 (Official Form 18)(12/07)

## United States Bankruptcy Court
## Central District Of California

255 East Temple Street, Los Angeles, CA 90012

# DISCHARGE OF DEBTOR

**DEBTOR INFORMATION:**
Howard Montes De Oca
aka Howard C Montes De Oca

**BANKRUPTCY NO.** 2:09–bk–36182–ER

**CHAPTER** 7

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–4059
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Discharge Date:** 1/29/10

**JOINT DEBTOR INFORMATION:**
Maria Montes De Oca
aka Maria J Mendoza–Montes De Oca

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–0423
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Joint Debtor Discharge Date:** 1/29/10

**Address:**
1110 S Fresno Street
Los Angeles, CA 90023

It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT,

Dated: January 29, 2010

**Jon D. Ceretto**
Clerk of the Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION**

_____

\* Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social–security numbers or individual taxpayer–identification numbers.

(Form b18–DIS Rev. 03/09) VAN–30

19 – 4 / KHG

B18 (Official Form 18) Cont.
Rev.(12/07)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts That are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift savings Plan for federal employees for certain types of loans from these plans.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.

# CERTIFICATE OF NOTICE

```
District/off: 0973-2           User: khassanza              Page 1 of 2                   Date Rcvd: Jan 29, 2010
Case: 09-36182                 Form ID: b18                 Total Noticed: 40
```

The following entities were noticed by first class mail on Jan 31, 2010.
```
db/jdb        +Howard Montes De Oca,    Maria Montes De Oca,    1110 S Fresno Street,    Los Angeles, CA 90023-2961
aty           +Ghada Helena Philips,    485 Washington Blvd,    Montebello, CA 90640-6216
aty           +Les A Zieve,   4370 Tujunga Ave Ste 220,    Studio City, CA 91604-2763
tr            +Howard M Ehrenberg,    SulmeyerKupetz,   333 South Hope Street, 35th Floor,
                Los Angeles, CA 90071-1406
smg            Employment Development Dept.,    Bankruptcy Group MIC 92E,    P.O. Box 826880,
                Sacramento, CA 94280-0001
smg            Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA  90053-0200
ust           +United States Trustee (LA),    725 S Figueroa St., 26th Floor,    Los Angeles, CA 90017-5524
cr            +Deutsche Bank National Trust Company, As Trustee F,     c/o Law Offices of Les Zieve,
                18377 Beach Blvd., #210,    Huntington Beach, CA 92648-1349
24719235      +Alfredo Montes De Oca,    1119 Fresno St.,    Los Angeles, CA 90023-2943
24719237      +Collection Bureau of America,    P.O. Box 5013,    Hayward, CA 94540-5013
24719238      +Collection Consultants,    C/O Kaiser Permanente,    6100 San Fernando Rd. Ste 211,
                Glendale, CA 91201-2280
24719239      +Credit One Bank,    P.O. Box 60500,    City of Industry, CA 91716-0500
24719242      +DSRM National Bank C/O Valero,    P.O. Box 300,    Amarillo, TX 79105-0300
24719243      +Fidelity Investmenmts,    82 Devonshire Street,    Boston, MA 02109-3614
24719251      +HSBC C/O Orchard Bank Visa,    P.O. Box 60102,    City of Industry, CA 91716-0102
24719253      +Law Offices of Alan B. Anaya,    9440 Reseda Blvd. #205,    Northridge, CA 91324-6038
24719256      +Ocwen Loan Servicing LLC,    P.O. 6440,    Carol Stream, IL 60197-6440
24719258      +State of California,    Franchise Tax Board,    P.O. Box 942879,    Sacramento, CA 94279-0001
24719260      +Time Warner,    P.O. Box 60074,    City of Industry, CA 91716-0074
24719261      +U.S. Department Of Education,    P.O. Box 530260,    Atlanta, GA 30353-0260
24719262      +Visa C/O Los Angeles Federal,    Credit Union,    P.O. Box 60097,    City of Industry, CA 91716-0097
24719264      +Wells Fargo,    P.O. Box 98198,    Las Vegas, NV 89193-8198
```

The following entities were noticed by electronic transmission on Jan 30, 2010.
```
tr            +EDI: QHMEHRENBERG.COM Jan 29 2010 21:18:00      Howard M Ehrenberg,    SulmeyerKupetz,
                333 South Hope Street, 35th Floor,    Los Angeles, CA 90071-1406
smg            EDI: CALTAX.COM Jan 29 2010 21:23:00      Franchise Tax Board,    ATTN: Bankruptcy,    P.O. Box 2952,
                Sacramento, CA  95812-2952
24719236      +EDI: AMEREXPR.COM Jan 29 2010 21:18:00      American Express,    P.O. Box 0001,
                Los Angeles, CA 90096-8000
24719240      +EDI: RCSDELL.COM Jan 29 2010 21:18:00      Dell Financial Services,    P.O. Box 6403,
                Carol Stream, IL 60197-6403
24719241      +EDI: HFC.COM Jan 29 2010 21:18:00      Direct Merchants Bank,    P.O. Box 60136,
                City of Industry, CA 91716-0136
24719244      +EDI: AMINFOFP.COM Jan 29 2010 21:18:00      First Premier Bank,    P.O. Box 5147,
                Sioux Falls, SD 57117-5147
24719245      +EDI: FORD.COM Jan 29 2010 21:18:00      Ford Motor Credit,    P.O. Box 542000,
                Omaha, NE 68154-8000
25013038      +EDI: FORD.COM Jan 29 2010 21:18:00      Ford Motor Credit Company LLC,    P O Box 6275,
                Dearborn, MI 48121-6275
24719246      +EDI: RMSC.COM Jan 29 2010 21:18:00      GEMB/Care Credit,    P.O. Box 960061,
                Orlando, FL 32896-0061
24719247      +EDI: RMSC.COM Jan 29 2010 21:18:00      GEMB/Gap,    P.O. Box 530942,    Atlanta, GA 30353-0942
24719248      +EDI: RMSC.COM Jan 29 2010 21:18:00      GEMB/Jewelry Express,    P.O. Box 960061,
                Orlando, FL 32896-0061
24719250      +EDI: HFC.COM Jan 29 2010 21:18:00      HSBC,    P.O. Box 17313,    Baltimore, MD 21297-1313
24719249       EDI: HFC.COM Jan 29 2010 21:18:00      Household Credit Services,    P.O. Box 98706,
                Las Vegas, NV  89193
24719252      +EDI: RMSC.COM Jan 29 2010 21:18:00      JC Penny,    P.O. Box 960090,    Orlando, FL 32896-0090
24719254      +EDI: RMSC.COM Jan 29 2010 21:18:00      Mervyns,    P.O. Box 960013,    Orlando, FL 32896-0013
24719255      +EDI: HFC.COM Jan 29 2010 21:18:00      Mitsubishi Digital Electronics,    P.O. Box 60107,
                City of Industry, CA 91716-0107
24719257      +EDI: RMSC.COM Jan 29 2010 21:18:00      Old Navy,    P.O. Box 530942,    Atlanta, GA 30353-0942
24719259      +EDI: WTRRNBANK.COM Jan 29 2010 21:18:00      Target,    P.O. Box 59317,
                Minneapolis, MN 55459-0317
24719263      +EDI: RMSC.COM Jan 29 2010 21:18:00      Walmart,    P.O. Box 530927,    Atlanta, GA 30353-0927
                                                                                                TOTAL: 19
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0973-2          User: khassanza          Page 2 of 2              Date Rcvd: Jan 29, 2010
Case: 09-36182                Form ID: b18             Total Noticed: 40

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 31, 2010**                              **Signature:**    *Joseph Speetjens*